# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PEGGY L. BOWMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-05-1426-F |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

On October 3, 2006, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation, wherein he recommended that defendant's final decision denying plaintiff's application for supplemental security income benefits under Title XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 1382, be affirmed.

Presently before the court is plaintiff's timely objection to the Report and Recommendation. The court, having conducted a *de novo* review of the matter in accordance with 28 U.S.C. § 636(b)(1), concurs with the recommendation of Magistrate Judge Purcell. The court specifically finds plaintiff's objections to be without merit.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell on October 3, 2006 (doc. no. 26) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.

The final decision of defendant, Jo Anne B. Barnhart, Commissioner of Social Security Administration, denying plaintiff, Peggy L. Bowman's application for

supplemental security income benefits under Title XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 1382, is **AFFIRMED**.

Entered this 31st day of October, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-1426p002(pub).wpd